IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SMART LOCAL 265 WELFARE FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 21 C 3396 |
| R.G.H. HEATING & COOLING, INC., an Illinois corporation, | ) ) ) ) | JUDGE STEVEN C. SEEGER |
| Defendant. | ) | |

**PLAINTIFFS' MOTION TO REOPEN CASE FOR
THE LIMITED PURPOSE OF ENFORCING THE TERMS OF
AN AMENDED PROMISSORY NOTE AND ENTERING JUDGMENT
AGAINST DEFENDANT AND SANDRA SHINES**

Plaintiffs, SMART LOCAL 265 WELFARE FUND, *et al.*, by their attorneys, move the Court for the entry of an order reopening this action for the limited purpose of enforcing the terms of an Amended Promissory Note entered into between the parties in February 2022 and which is attached to the Notice of Voluntary Dismissal filed with this Court on March 14, 2022. In support of the Motion, Plaintiffs state as follows:

1. This action was originally brought by the Plaintiffs, the Trustees of the jointly-administered, labor-management employee benefit plans collectively known as the SMART Local 265 Fringe Benefit Funds, alleging, *inter alia*, that Defendant breached its obligations under the terms of the collective bargaining agreement entered into with SMART Local 265, and the Agreements and Declarations of Trust under which the Plaintiff Funds are maintained. Specifically, Plaintiffs allege that Defendant failed to remit payment of contributions for work performed on its

behalf by beneficiaries of the Plaintiff Funds. The Complaint was brought pursuant to the Employee Retirement Income Security Act of 1974, as amended, 29 U.S.C. §§1132, 1145.

2. On March 14, 2022, a Notice of Voluntary Dismissal with attached Amended Promissory Note incorporating the terms for settlement agreed to by the parties was filed with this Court (a copy of the Notice of Voluntary Dismissal and Amended Promissory Note is attached as Exhibit A).

3. On March 15, 2022, this Court closed this case pursuant to the Notice of Voluntary Dismissal (a copy of the Court's Notification of Docket Entry dated March 15, 2022 is attached as Exhibit B).

4. Defendant promised to pay the total amount of $50,152.60 for contributions, liquidated damages, interest, audit fees and attorneys' fees and costs as described in the Amended Promissory Note.

5. Defendant also promised to remain current with respect to the submission of monthly reports and contributions due and owing during the term of the Amended Promissory Note.

6. Defendant promised to make payment to Plaintiffs of the amount specified in Paragraph 4 above, being $50,152.60, by way of the schedule below:

| Payment Number | Due Date | Beginning Balance | Payment Amount | Principal | Interest 1.50% | Balance Due |
|---|---|---|---|---|---|---|
| 1 | Feb. 20, 2022 | $50,152.60 | $2,500.00 | $2,437.31 | $62.69 | $47,715.29 |
| 2 | Mar. 20, 2022 | $47,715.29 | $2,500.00 | $2,440.36 | $59.64 | $45,274.93 |
| 3 | Apr. 20, 2022 | $45,274.93 | $2,500.00 | $2,443.41 | $56.59 | $42,831.53 |
| 4 | May 20, 2022 | $42,831.53 | $2,500.00 | $2,446.46 | $53.54 | $40,385.07 |
| 5 | June 20, 2022 | $40,385.07 | $2,500.00 | $2,449.52 | $50.48 | $37,935.55 |
| 6 | July 20, 2022 | $37,935.55 | $2,500.00 | $2,452.58 | $47.42 | $35,482.97 |
| 7 | Aug. 20, 2022 | $35,482.97 | $2,500.00 | $2,455.65 | $44.35 | $33,027.32 |
| 8 | Sep. 20, 2022 | $33,027.32 | $2,500.00 | $2,458.72 | $41.28 | $30,568.61 |

| Payment Number | Due Date | Beginning Balance | Payment Amount | Principal | Interest 1.50% | Balance Due |
|---|---|---|---|---|---|---|
| 9 | Oct. 20, 2022 | $30,568.61 | $2,500.00 | $2,461.79 | $38.21 | $28,106.82 |
| 10 | Nov. 20, 2022 | $28,106.82 | $2,500.00 | $2,464.87 | $35.13 | $25,641.95 |
| 11 | Dec. 20, 2022 | $25,641.95 | $2,500.00 | $2,467.95 | $32.05 | $23,174.00 |
| 12 | Jan. 20, 2023 | $23,174.00 | $2,500.00 | $2,471.03 | $28.97 | $20,702.97 |
| 13 | Feb. 20, 2023 | $20,702.97 | $2,500.00 | $2,474.12 | $25.88 | $18,228.85 |
| 14 | Mar. 20, 2023 | $18,228.85 | $2,500.00 | $2,477.21 | $22.79 | $15,751.64 |
| 15 | Apr. 20, 2023 | $15,751.64 | $2,500.00 | $2,480.31 | $19.69 | $13,271.33 |
| 16 | May 20, 2023 | $13,271.33 | $2,500.00 | $2,483.41 | $16.59 | $10,787.91 |
| 17 | June 20, 2023 | $10,787.91 | $2,500.00 | $2,486.52 | $13.48 | $8,301.40 |
| 18 | July 20, 2023 | $8,301.40 | $2,500.00 | $2,489.62 | $10.38 | $5,811.78 |
| 19 | Aug. 20, 2023 | $5,811.78 | $2,500.00 | $2,492.74 | $7.26 | $3,319.04 |
| 20 | Sept. 20, 2023 | $3,319.04 | $2,500.00 | $2,495.85 | $4.15 | $823.19 |
| 21 | Oct. 20, 2023 | $823.19 | $824.22 | $823.19 | $1.03 | $0.00 |
|  |  |  | $50,824.22 | $46,833.56 | $666.44 |  |

7. The Amended Promissory Note also provides that in the event of default of the payment of any installment, including current contributions, the whole or principal sum then remaining unpaid under the Amended Promissory Note shall become immediately due and payable, without demand or notice. Additionally, the Funds reserved their right to reinstate any waived late fees as a result of a default. R.G.H. Heating & Cooling, Inc. and Sandra Shines, individually, further promised to pay all costs of collection and reasonable attorneys' fees as a result of a default.

8. R.G.H. Heating & Cooling, Inc. and Sandra Shines, individually, confessed judgment, without process, in favor of the Funds, for the unpaid balance, together with costs and reasonable attorneys' fees.

9. Defendant has not submitted the 8th and 9th installment payments due on September 20, 2022 and October 20, 2022 and has not submitted its monthly fringe benefit contribution reports and remitted payment of any fringe benefit contributions due thereon for July 2022 through the present.

10. For all the reasons stated, the Plaintiffs hereby move the Court for the entry of an Order reopening this action for the limited purpose of enforcing the terms of the Amended Promissory Note and entering judgment against Defendant, R.G.H. Heating & Cooling, Inc. and Sandra Shines, individually. Specifically, Plaintiffs request:

A. That judgment be entered in favor of Plaintiffs and against Defendant, R.G.H. Heating & Cooling, Inc. and Sandra Shines, individually, to include the amount of $32,652.60, being the total amount remaining due pursuant to the Amended Promissory Note.

B. That judgment be entered in favor of Plaintiffs and against Defendant, R.G.H. Heating & Cooling, Inc. and Sandra Shines, individually, to include $2,226.00 in attorneys' fees incurred by the Plaintiffs since January 31, 2022.

C. That Plaintiffs have such further relief as may be deemed just and equitable by the Court.

/s/   Catherine M. Chapman

Catherine M. Chapman
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6204026
Telephone: 312/216-2565
Facsimile: 312/236-0241
E-Mail: cchapman@baumsigman.com

I:\265J\R.G.H. Heating\#29538\motion to reopen case to enforce promissory note and for judgment.cmc.df.wpd

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Plaintiffs' Motion to Reopen Case) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participants on or before the hour of 5:00 p.m. this 21st day of October 2022:

      Mr. Jonathan T. Linnemeyer, Registered Agent
      R.G.H. Heating & Cooling, Inc.
      1001 Warrenville Road, Suite 500
      Lisle, IL   60532-4306

      Ms. Sandra L. Shines, President
      R.G.H. Heating & Cooling, Inc.
      140 Arrowhead Drive, Suite 7
      Hampshire, IL   60140-7645

      /s/   Catherine M. Chapman

Catherine M. Chapman
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6204026
Telephone: 312/216-2565
Facsimile: 312/236-0241
E-Mail: cchapman@baumsigman.com

I:\265J\R.G.H. Heating\#29538\motion to reopen case to enforce promissory note and for judgment.cmc.df.wpd